## Alice Shank, Appellant, v. Modern Woodmen of America, Appellee.

### Gen. No. 6,575.   (Not to be reported in full.)

Appeal from the Circuit Court of Stephenson county; the Hon. RICHARD S. FARRAND, Judge, presiding. Heard in this court at the April term, 1918. Appeal dismissed. Opinion filed May 1, 1918.

### Statement of the Case.

Action by Alice Shank, plaintiff, against Modern Woodmen of America, defendant. From a judgment in defendant's favor for costs, plaintiff appeals.

A. J. CLARITY and R. R. TIFFANY, for appellant.

TRUMAN PLANTZ, E. D. REYNOLDS and GEORGE G. PERRIN, for appellee.

PER CURIAM.

### Abstract of the Decision.

1. JUDGMENT, § 175*—*what is proper form of for defendant.* The form of a judgment for defendant and against plaintiff for costs, given in *Town of Magnolia v. Kayes,* 200 Ill. App. 122, approved.

2. APPEAL AND ERROR, § 288*—*what is not final judgment.* A judgment against plaintiff for costs after verdict for defendant is not a final judgment and is not appealable.

3. APPEAL AND ERROR, § 1118*—*when appeal dismissed.* Where an appeal is improperly taken from a judgment that is not final, it will be dismissed with leave to appellant to withdraw her record, abstracts and briefs and to appellee to withdraw its briefs.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.